IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-03258-WYD-MJW

CHARLES A. PROFFITT,

Plaintiff(s),

v.

CONVERGENT OUTSOURCING, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion to Amend Complaint (Docket No. 18) is granted.  The tendered Amended Complaint (Docket No. 18-2), however, is not accepted for filing in its current format inasmuch as it does not comply with the requirements set forth in D.C.COLO.LCivR 10.1.  Plaintiff shall forthwith file an amended pleading that is in the required format.

Date: March 7, 2013