## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-03258-WYD-MJW

CHARLES A. PROFFITT,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,

    Defendant.

## ORDER OF DISMISSAL OF PARTY

THIS MATTER COMES before the Court on the parties' Stipulation for Dismissal of Party With Prejudice (ECF No. 22), March 14, 2013. After carefully reviewing the file in this matter, I find that the motion should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, it is

ORDERED that the Stipulation for Dismissal of Party With Prejudice (ECF No. 22) is **APPROVED** and Defendant Convergent Outsourcing, Inc. is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs. The Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: March 15, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge