IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-03258-WYD-MJW

CHARLES A. PROFFITT,

    Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,

    Defendant.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER comes before the Court on the Notice of Dismissal Without Prejudice (ECF No. 31). After carefully reviewing the file in this matter, I find that the notice should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the case should be dismissed without prejudice. Accordingly, it is

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE.**

Dated:  May 14, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE